1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOARDS OF TRUSTEES OF THE SHEET         | Case No.: C15-01000 MEJ
   | METAL WORKERS LOCAL 104 HEALTH          |
12 | CARE TRUST, et al.,                     | **PLAINTIFFS' REQUEST TO CONTINUE
   |                                         | CASE MANAGEMENT CONFERENCE;**
13 |              Plaintiffs,                | **[~~PROPOSED~~] ORDER THEREON**
   |                                         |
14 |     v.                                  | Date:       June 4, 2015
   |                                         | Time:       10:00 a.m.
15 | EFFICIENT ENERGY CONCEPTS, INC., a      | Location:   450 Golden Gate Ave.
   | California corporation.                 |             San Francisco
16 |                                         | Courtroom:  B, 15th Floor
   |              Defendant.                 | Judge:      Honorable Maria-Elena James
17

18       Plaintiffs respectfully request that the Case Management Conference, currently on calendar

19 for June 4, 2015, be continued for approximately sixty days. Good cause exists for granting the

20 continuance, as follows:

21       1.      As the Court's records will reflect, this action was filed on March 3, 2015 (Dkt. #1).

22 Defendant was personally served on March 9, 2015, and a Proof of Service of Summons was filed

23 with the Court on March 24, 2015 (Dkt. #8). Defendant has not filed a responsive pleading.

24       2.      The parties are in the process of finalizing a payment plan in the form of a Judgment

25 Pursuant to Stipulation to allow Defendant to satisfy its debt to Plaintiff Trust Funds by making

26 monthly payments. Plaintiffs anticipate filing the Judgment Pursuant to Stipulation within 30 days.

27       3.      There are no issues that need to be addressed by the parties at the currently scheduled

28 Case Management Conference. In the interest of conserving costs, as well as the Court's time and

1  resources, Plaintiffs respectfully request that the upcoming Case Management Conference be
2  continued for approximately sixty days, to allow sufficient time for the parties to finalize the
3  payment plan without further litigation.
4      I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
5  entitled action, and that the foregoing is true of my own knowledge.

7  Dated: May 28, 2015      SALTZMAN & JOHNSON
    LAW CORPORATION

9      By: _____/S/_____
    Shivani Nanda, Esq.
10     Attorneys for Plaintiffs

11 IT IS SO ORDERED.

12     The currently set Case Management Conference is hereby continued to
13 __August 6, 2015__ at __10:00 a.m.__, and all previously set deadlines and dates
14 related to this case are continued accordingly.

15
16 Date: __May 28, 2015__      _____
    UNITED STATES JUDGE

*IT IS SO ORDERED — Judge Maria-Elena James — United States District Court, Northern District of California*

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

1.    I am a citizen of the United States and am employed in the County of San Francisco, State of California.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2.    I am over the age of eighteen and not a party to this action.

3.    On **May 28, 2015**, I served the following document(s):

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4.    The envelopes were addressed and mailed as follows:

Efficient Energy Concepts, Inc.
Robert Peters
7 Three Sevens Lane
Chico, CA 95973

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 28, 2015**, at San Francisco, California.

/S/
Alicia Ramirez Wood
Paralegal